IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CANDINA L. BEEBE,

        Plaintiff,          JUDGMENT IN A CIVIL CASE

v.          Case No. 18-cv-794-bbc

ANDREW M. SAUL,
Commissioner of Social Security,

        Defendant.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Candina L. Beebe against defendant Andrew M. Saul reversing the decision of the Commissioner and remanding this case for further proceedings.

\_\_\_\_\_s/ R. Swanson, Deputy Clerk_____ _____10/31/2019_____
Peter Oppeneer, Clerk of Court          Date